**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
SEP 2 2011
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AKAL SECURITY, INC.<br>7 Infinity Loop<br>Espanola, NM 87532<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. **11-562 C**<br>)<br>)<br>)<br>)<br>) |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to the U.S. Court of Federal Claims Rule 7.1, Akal Security, Inc. ("Akal") provides as follows for its mandatory disclosure statement:

1. Akal is a nongovernmental corporate party to a proceeding in this Court.

2. No parent corporation and no publicly held corporation owns 10% or more of Akal's stock.

Respectfully submitted,

*[signature]*

BERENZWEIG LEONARD, LLP
Terrence M. O'Connor, Esq.
Seth C. Berenzweig, Esq.
Stephanie D. Wilson, Esq.
John W. Polk, Esq.
Kathryn M. Lipp, Esq. (*pro hac vice* admission pending)
(703) 760-0402 (telephone)
(703) 997-4535 (facsimile)
toconnor@berenzweiglaw.com
*Counsel for Plaintiff Akal Security, Inc.*

Dated: September 2, 2011

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Rule 7.1 Disclosure Statement were served on September 2, 2011, via e-mail, on:

Department of Justice
Commercial Litigation Branch
8th Floor
1100 L St. NW
Washington, DC 20530
lisa.aiken@usdoj.gov

Terrence M. O'Connor